**MADE JS-6**

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
California Bar No. 141489
   Room 7516 Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-6880
   Fax No.: (213) 894-7819
   Joanne.Osinoff@usdoj.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAREK GRZEGORZ SZPAKIEWICZ, KEIKO MORI,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL MUKASEY, ATTORNEY GENERAL OF THE UNITED STATES; ET AL.,<br><br>Defendants. | No. CV 07-4412 GW (RCx)<br><br>ORDER DISMISSING ACTION |

Upon consideration of the Stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety. Each party to bear its own costs, fees and expenses.

Dated: March 24, 2008

_____
HONORABLE GEORGE WU
UNITED STATES DISTRICT JUDGE